Mr. Steven Perez
TDCJ—CID #1514617
Connally Unit
899 FM 632
Kenedy, Texas 78119

December 13, 2016

Texas Court of Criminal Appeals
Court Clerk, Abel Acosta
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2016

Abel Acosta, Clerk

    Re:  In re Steven Perez
        Court of Appeals No. 13-16-00593-CR and 13-16-00594-CR

Dear Court Clerk:

Please file the enclosed Motion for Extension of Time to File Petition for Discretionary Review.

Thank you.

Respectfully submitted,

Steven Perez

FILED IN
COURT OF CRIMINAL APPEALS

Abel Acosta, Clerk

No. _____

| | | |
|---|---|---|
| IN RE | § | IN THE COURT OF |
| | § | |
| STEVEN PEREZ | § | CRIMINAL APPEALS |
| | § | |
| TDCJ—CID #1514617 | § | OF TEXAS |

## RELATOR'S MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Relator STEVEN PEREZ respectfully moves the Court for a 60-day extension of time, or until March 20, 2017, to file his petition for discretionary review, as authorized by Rules 68.2(c) and 10.5(b) of the Texas Rules of Appellate Procedure.

1. The style and numbers of this original proceeding in the Corpus Christi Thirteenth District Court of Appeals are In re Steven Perez, No. 13-16-00593-CR and No. 13-16-00594-CR.

2. The style and number of the case in the trial court are State of Texas v. Steven Perez, No. 07-CR-0159-B; from the 117th District Court of Nueces County, Texas.

3. The date of the court of appeals' judgment is November 2, 2016.

4. The court of appeals denied Mr. Perez's Petition for Writ of Mandamus on November 2, 2016.

5. The court of appeals denied Mr. Perez's timely filed Motion for Rehearing on December 5, 2016.

6. The present deadline for filing a petition for discretionary review under Rule 68.2(a) of the Texas Rules of Appellate Procedure is January 4, 2017.

7. The present deadline for filing a motion for extension of time to file a petition for discretionary review under Rule 68.2(c) of the Texas

Rules of Appellate Procedure is January 19, 2017.

8. The length of time requested is 60 days from the present deadline for filing a motion for extension of time to file a petition for discretionary review under Rule 68.2(c) of the Texas Rules of Appellate Procedure.

9. The number of extensions of time previously granted regarding the item in question is none.

10. The facts relied upon to show good cause for the requested extension are below:

    (a)   the petition involves complex legal and factual issues that cannot be adequately prepared before the present deadline because Mr. Perez has very limited access to the law library and the pertinent research software.

11. Mr. Perez has neither the time nor the resources to ask opposing counsel whether the State has any objections to this Motion. Nevertheless, the granting of this Motion will not be prejudicial to the State because the granting of this Motion will not undo past executed effects of the judgment and the State is not required to file a response to a petition for discretionary review.

12. This Motion is not filed to delay these proceedings but in good faith and so that justice may be served.

13. Mr. Perez filed this Motion as soon as he became aware of the need to file it.

WHEREFORE, Relator STEVEN PEREZ respectfully moves the Court for a 60-day extension of time, or until March 20, 2017, to file his petition for discretionary review, as authorized by Rule 68.2(c) and 10.5(b) of the Texas Rules of Appellate Procedure.

SUBSCRIBED and SUBMITTED by placing in prison mailbox on this the _13_ day of December, 2016.

Respectfully submitted,

STEVEN PEREZ, Pro Se
TDCJ-CID #1514617
Connally Unit
899 FM 632
Kenedy, Texas 78119

## DECLARATION

"I, STEVEN PEREZ, TDCJ-CID #1514617, presently incarcerated at the Connally Unit in the Texas Department of Criminal Justice Correctional Institutions Division in Karnes County, Texas, declare under penalty of perjury under Chapter 132 of the Texas Civil Practice and Remedies Code, that the foregoing statements are true and correct and that I placed this Motion in the prison mailbox on this the _13_ day of December, 2016.

"EXECUTED on this the _13_ day of December, 2016."

STEVEN PEREZ

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Motion has been served on opposing counsel on this the _13_ day of December, 2016, by U.S. mail through the prison mailbox, addressed as follows:

James Odell
Assistant District Attorney
Nueces County Courthouse
105th Judicial District of Texas
901 Leopard St. Room 206
Corpus Christi, Texas 78401

STEVEN PEREZ

3